UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-01570 (GBD)(FM)<br>ECF Case |

*This document relates to:*

*Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al.,* 04-CV-1076 (GBD) (SN)
*Estate of John P. O'Neill, Sr. et al. v. Al Baraka Investment and Development Corporation, et al.,* 04-CV-01923 (GBD) (SN)
*Debra Andreacchio et al v. Al Barakaat Exchange, LLC, et al, 26-cv-08422*
*C. I. O'Neill et al. v. Republic of the Sudan, et al.,* 18-CV-12114
*Estate of John P. O'Neill, Sr. et al. v. Kingdom of Saudi Arabia, et al.,* 04-CV-01922 (GBD) (SN)
*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05306 (GBD)(SN)
*Roberta Agyeman, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD)(SN)
*Horace Morris, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05321 (GBD)(SN)
*Laurence Schlissel, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05331 (GBD)(SN)
*Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05339 (GBD)(SN)
*Audrey Ades, et al. v. Islamic Republic of Iran*, No. 1:18-cv-07306 (GBD)(SN)
*Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-11837 (GBD)(SN)
*Chang Don Kim, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11870 (GBD)(SN)
*Alexander Jimenez, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11875 (GBD)(SN)
*Maureen Moody-Theinert, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11876 (GBD)(SN)
*Cheryl Rivelli, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11878 (GBD)(SN)
*Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-12276 (GBD)(SN)
*Marinella Hemenway, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12277 (GBD)(SN)
*Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD)(SN)
*BNY Mellon, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11767 (GBD)(SN)
*Deborah Bodner, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11776 (GBD)(SN)
*August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD)(SN)
*Ber Barry Aron, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09376 (GBD)(SN)
*Jeanmarie Hargrave, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09387 (GBD)(SN)
*Paul Asaro, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10460 (GBD)(SN)
*Michael Bianco, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10902 (GBD)(SN)
*Nicole Amato, et al. v. Islamic Republic of Iran*, No. 1:21-cv-10239 (GBD)(SN)
*Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD)(SN)
*Justin Strauss, et al. v. Islamic Republic of Iran*, No. 1:22-cv-10823 (GBD)(SN)
*Celestine Kone, et al. v. Islamic Republic of Iran*, No. 1:23-cv-05790 (GBD)(SN)
*Danielle Kelly, et al. v. Islamic Republic of Iran*, No. 1:23-cv-07283 (GBD)(SN)
*Gladys Lopez et al v. Islamic Republic of Iran*, No. 1:23-cv-08305 (GBD)(SN)

*Patricia Fennelly, et al. v. Islamic Republic of Iran*, No. 1:23-cv-10824 (GBD)(SN)
*Mary Jelnek et al v. Islamic Republic of Iran*, No. 1:24-cv-05520 (GBD)(SN)
*Kenneth Lum et al v. Islamic Republic of Iran*, No. 1:24-cv-07824 (GBD)(SN)
*Grace Salinardi et al v. Islamic Republic of Iran*, No. 1:25-cv-05971 (GBD)(SN)
*Sean Manning, et al. v. Islamic Republic of Iran*, No. 1:25-cv-10649 (GBD)(SN)
*Stuart M. Beale, et al. v. Islamic Republic of Iran*, No. 1:26-cv-06424
*Lloyd A. Abel Sr., et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11880
*Margarite Bonomo, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11885
*William Cintron-Lugos a/k/a William Cintron, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11888
*David DeConto, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11904
*Stephanie E. Lang, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11926
*David Gordenstein, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11941
*Arthur Harris, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11946
*Allison Garger, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11950
*Rodney Bush, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11964
*Queen Mercer, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11965
*Michael Murray, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11966
*Mario Perez, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11967
*Hopeton Richards, et al. v. Kingdom of Saudi Arabi*, No. 1:18-cv-11969
*Deborah Rooney, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11970
*Barbara Carroll Spence, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11971
*Gordon Aamoth, Sr., et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12270
*Richard A. Deuel, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12272
*Kristian G. Kincaid, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12273
*Ana Pascual Ortiz, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12274
*Michael Stackpole, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12275
*Jack Zelmanowitz, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12381
*Jeannette Ramos, et al. v. Kingdom of Saudi Arabia*, No. 1:26-cv-8300
*Gillian Gransaull-Joseph, et al. v. Kingdom of Saudi Arabia*, No. 1:26-cv-8307
*Michael Bianco, et al. v. Kingdom of Saudi Arabia*, No. 1:26-cv-8359
*Sabah Hashem-Daher, et al. v. Kingdom of Saudi Arabia*, No. 1:26-cv-8356
*Geraline Sands, et al. v. Kingdom of Saudi Arabia*, No. 1:26-cv-08353
*Peter Biggart, et al. v. Kingdom of Saudi Arabia*, No. 1:26-cv-08430
*C. I. O'Neill, et al. v. Republic of the Sudan, et al.* , No. 1:18-cv-12114
*Gordon Aamoth, Sr., et al. v. The Republic of Sudan*, No. 1:26-cv-08314
*Mahadai Dataram, et al. v. Republic of Sudan*, No. 1:26-cv-08336
*Lawrence Gray, et al. v. Republic of Sudan*, No. 1:26-cv-08349
*Susan Lori Magazine, et al. v. Republic of Sudan*, No. 1:26-cv-08339
*Terilyn Patrick Esse a/k/a Terilyn Patrick, et al. v. Republic of Sudan*, No. 1:26-cv-08347
*Rebecca Shum v. Republic of Sudan*, No. 1:26-cv-08421
*Dorothy Blanding, et al. v. Republic of Sudan*, No. 1:26-cv-08426
*Eneida Ramos, et al. v. Republic of Sudan,* No. 1:26-cv-08376
*Christine Kuveikis, et al. v. Republic of Sudan*, No. 1:26-cv-08428
*Ana Luisa Lopez Pascual, et al. v. Republic of Sudan*, No. 1:26-cv-08425
*Michael Bianco, et al. v. Republic of Sudan*, No. 1:26-cv-08429

**DECLARATION OF SALVATORE A. SALERNO**
**IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

I, Salvatore A. Salerno, declare as follows, pursuant to 28 U.S.C. § 1746:

1. The facts herein are based upon my personal knowledge.

2. My withdrawal is necessary because I will no longer be affiliated with the law firm of AK as of October 23, 2026.

3. For the foregoing reason, the undersigned respectfully requests that this Court grant the law firm of AK leave to withdraw Salvatore A. Salerno as attorney of record in the above captioned matter. A proposed Order is attached for the Court's convenience.

4. I certify that all of the forgoing statements made by me are true, and I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 23, 2026

*/s/ Salvatore A. Salerno* _
Salvatore A. Salerno