UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-01570 (GBD)(FM)<br>ECF Case |

*This document relates to:*

*Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al.,* 04-CV-1076 (GBD) (SN)
*Estate of John P. O'Neill, Sr. et al. v. Al Baraka Investment and Development Corporation, et al.,* 04-CV-01923 (GBD) (SN)
*Debra Andreacchio et al v. Al Barakaat Exchange, LLC, et al, 26-cv-08422*
*C. I. O'Neill et al. v. Republic of the Sudan, et al.,* 18-CV-12114
*Estate of John P. O'Neill, Sr. et al. v. Kingdom of Saudi Arabia, et al.,* 04-CV-01922 (GBD) (SN)
*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05306 (GBD)(SN)
*Roberta Agyeman, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD)(SN)
*Horace Morris, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05321 (GBD)(SN)
*Laurence Schlissel, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05331 (GBD)(SN)
*Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05339 (GBD)(SN)
*Audrey Ades, et al. v. Islamic Republic of Iran*, No. 1:18-cv-07306 (GBD)(SN)
*Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-11837 (GBD)(SN)
*Chang Don Kim, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11870 (GBD)(SN)
*Alexander Jimenez, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11875 (GBD)(SN)
*Maureen Moody-Theinert, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11876 (GBD)(SN)
*Cheryl Rivelli, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11878 (GBD)(SN)
*Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-12276 (GBD)(SN)
*Marinella Hemenway, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12277 (GBD)(SN)
*Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD)(SN)
*BNY Mellon, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11767 (GBD)(SN)
*Deborah Bodner, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11776 (GBD)(SN)
*August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD)(SN)
*Ber Barry Aron, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09376 (GBD)(SN)
*Jeanmarie Hargrave, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09387 (GBD)(SN)
*Paul Asaro, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10460 (GBD)(SN)
*Michael Bianco, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10902 (GBD)(SN)
*Nicole Amato, et al. v. Islamic Republic of Iran*, No. 1:21-cv-10239 (GBD)(SN)
*Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD)(SN)
*Justin Strauss, et al. v. Islamic Republic of Iran*, No. 1:22-cv-10823 (GBD)(SN)
*Celestine Kone, et al. v. Islamic Republic of Iran*, No. 1:23-cv-05790 (GBD)(SN)
*Danielle Kelly, et al. v. Islamic Republic of Iran*, No. 1:23-cv-07283 (GBD)(SN)
*Gladys Lopez et al v. Islamic Republic of Iran*, No. 1:23-cv-08305 (GBD)(SN)

*Patricia Fennelly, et al. v. Islamic Republic of Iran*, No. 1:23-cv-10824 (GBD)(SN)
*Mary Jelnek et al v. Islamic Republic of Iran*, No. 1:24-cv-05520 (GBD)(SN)
*Kenneth Lum et al v. Islamic Republic of Iran*, No. 1:24-cv-07824 (GBD)(SN)
*Grace Salinardi et al v. Islamic Republic of Iran*, No. 1:25-cv-05971 (GBD)(SN)
*Sean Manning, et al. v. Islamic Republic of Iran*, No. 1:25-cv-10649 (GBD)(SN)
*Stuart M. Beale, et al. v. Islamic Republic of Iran*, No. 1:26-cv-06424
*Lloyd A. Abel Sr., et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11880
*Margarite Bonomo, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11885
*William Cintron-Lugos a/k/a William Cintron, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11888
*David DeConto, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11904
*Stephanie E. Lang, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11926
*David Gordenstein, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11941
*Arthur Harris, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11946
*Allison Garger, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11950
*Rodney Bush, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11964
*Queen Mercer, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11965
*Michael Murray, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11966
*Mario Perez, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11967
*Hopeton Richards, et al. v. Kingdom of Saudi Arabi*, No. 1:18-cv-11969
*Deborah Rooney, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11970
*Barbara Carroll Spence, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11971
*Gordon Aamoth, Sr., et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12270
*Richard A. Deuel, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12272
*Kristian G. Kincaid, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12273
*Ana Pascual Ortiz, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12274
*Michael Stackpole, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12275
*Jack Zelmanowitz, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12381
*Jeannette Ramos, et al. v. Kingdom of Saudi Arabia*, No. 1:26-cv-8300
*Gillian Gransaull-Joseph, et al. v. Kingdom of Saudi Arabia*, No. 1:26-cv-8307
*Michael Bianco, et al. v. Kingdom of Saudi Arabia*, No. 1:26-cv-8359
*Sabah Hashem-Daher, et al. v. Kingdom of Saudi Arabia*, No. 1:26-cv-8356
*Geraline Sands, et al. v. Kingdom of Saudi Arabia*, No. 1:26-cv-08353
*Peter Biggart, et al. v. Kingdom of Saudi Arabia*, No. 1:26-cv-08430
*C. I. O'Neill, et al. v. Republic of the Sudan, et al.* , No. 1:18-cv-12114
*Gordon Aamoth, Sr., et al. v. The Republic of Sudan*, No. 1:26-cv-08314
*Mahadai Dataram, et al. v. Republic of Sudan*, No. 1:26-cv-08336
*Lawrence Gray, et al. v. Republic of Sudan*, No. 1:26-cv-08349
*Susan Lori Magazine, et al. v. Republic of Sudan*, No. 1:26-cv-08339
*Terilyn Patrick Esse a/k/a Terilyn Patrick, et al. v. Republic of Sudan*, No. 1:26-cv-08347
*Rebecca Shum v. Republic of Sudan*, No. 1:26-cv-08421
*Dorothy Blanding, et al. v. Republic of Sudan*, No. 1:26-cv-08426
*Eneida Ramos, et al. v. Republic of Sudan,* No. 1:26-cv-08376
*Christine Kuveikis, et al. v. Republic of Sudan*, No. 1:26-cv-08428
*Ana Luisa Lopez Pascual, et al. v. Republic of Sudan*, No. 1:26-cv-08425
*Michael Bianco, et al. v. Republic of Sudan*, No. 1:26-cv-08429

**ORDER TO WITHDRAW SALVATORE A. SALERNO AS ATTORNEY OF RECORD**

Before the Court is the Motion to Withdraw Salvatore A. Salerno as counsel for Plaintiffs in the above referenced actions (collectively, the "*O'Neill* Plaintiffs").

It is **ORDERED** that Salvatore A. Salerno be withdrawn as counsel for the *O'Neill* Plaintiffs in the above-referenced actions.

It is further **ORDERED** that all other counsel listed in the record of the law firm of Anderson Kill P.C. will continue to represent the *O'Neill* Plaintiffs in this matter.

Signed this ___ day of _____________, 2026

______________________________
SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE